COURT OF APPEALS

SECOND
DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00124-CV 

 


 
 
 Hamid Mohammad d/b/a Hydrotech of
 Texas
 
 
  
 
 
 APPELLANT
  
 
 
 
 
 V.
  
 
 
 
 
 Westwood Contractors, Inc.
 
 
  
 
 
 APPELLEE 
 
 


 

------------

 

FROM THE
352nd District Court OF Tarrant
COUNTY

------------

MEMORANDUM OPINION[1]
AND JUDGMENT

----------

We
have considered the parties’ “Agreed Motion To Dismiss Appeal.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(2), 43.2(f).

Costs
of the appeal shall be paid by appellant, for which let execution issue.  See Tex. R. App. P. 42.1(d). 

PER
CURIAM

 

PANEL: 
DAUPHINOT, GARDNER, and WALKER, JJ.  

 

DELIVERED:  July 22, 2010











[1]See Tex. R. App. P. 47.4.